

ON. GREGORY
NITED STATE COURT FOR
HE SOUTHERN DISTRICT OF
E W YORK
'00 Pearl St, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/26/2018

7/20/2018

Dear Hon. Judge Woods

I'm writing today to report a total assassination of my character currently underway and orchestrated by Defendant Federal Reserve Bank of New York, the NYPD and the Prince William Police, to delay me during my MSJ responses by jamming the postal service, USPS on Prince William County but also by accusing me of assaulting PWC police when this this the second time they assault me is.

As you probably recall, Mr Nguedi, Plaintiff, was assaulted in his driveway by Prince William County Police on August 4th 2017 and plaintiff was arrested for no reason and ended up asking for an extension of time to respond to a Motion. Later on Plaintiff had to plea guilty to misdemeanor, plead plea deal in order to move on with my life, even if plaintiff did not commit the misdemeanors, which make plaintiff extremely vulnerable today.

Fast forward 11 months, on 7/16/2018, just a few days ago, Plaintiff went to a new groceries store in the neighborhood called Vegman. At the Grocerie store Plaintiff, a devoted Christian who is the Second Coming of Jesus Christ of Nazareth noticed a homo sexual cashier touching and handling his food which is an extremely sensitive behavior for people of Faith when certain principles are not being protected.

Plaintiff spoke up about the gay Cashier and indicated to the store management that it was a major issue for Plaintiff to

if there are homosexual now picking food because of the number of incidents reported but mostly because of religious principles.

The Wegman Security guard started following plaintiff in the parking garage, plaintiff approached them and asked them why he was being followed as plaintiff was followed a few days prior by simila individuals when responding to legal proceeding with the Southern District of NY.

The Wegman security officers continued following plaintiff until plaintiff arrived home and put his food on the side and went to the bathroom to take a quick shower so I can enjoy a good meal after a quick shower.

Before plaintiff removed his clothes, plaintiff heard a ring of the door and decided to see who it was and it turns out this time it was the police. Plaintiff decided to talk to the police hoping they will explain to him why plaintiff is being followed EVERY WHERE but the police Instead already had a yellow taser Gun pointed at plaintiff face. Plaintiff felt under attack and targetted once again by the same police and the same way plaintiff was targetted in NY on March 1st 16-cv-4430 and on Aughust 4th 2017 in Plantiff garage where plaintiff was assailed and had to plea guilty to misdemeanors on top of it

This time the 6-9 police officer broke the door with a warrant and moved into plaintiff bathroom like a SWAT team, beat plantiff tased plantiff broke plantiff righ knee

re-injured plaintiff Left shoulder and covered plaintiff body with bruises and marks resulting for punches and kicks from the SWAT Team of Prince William police officer who envaded plaintiff bath room Eto to arrest plaintiff

The Prince William county police SWAT TEAM - LIKE Unit then dragged plaintiff out of his bathroom and his home and started searching plaintiff who was half naked by touching plaintiff genitals in an extremely innapropriate manner as if they were trying to make plaintiff feel rape + fear for his safety.

plaintiff was then brought to the Prince William County Manassas Regional Adult Detention Center, where plaintiff as been locked up in a maximum security unit without been able to step out, plaintiff is in prison again for the second time in 11 months for the same accusations that are all manufactured and aimiat destroying plaintiff life as plaintiff indicated in his 5th Amended complaint for 16 CV 636 or plaintiff other lawsuits which is also related + this even if plaintiff do while this same later for 16 - CV 4430 as plaintiff hope this letter can be used for both cases as they are all related to these incidents here in VA.

plaintiff is in jail with limited resources to write, call or interact with his own family. plaintiff Court date is set for 8/21/2018 + 11:30 AM and it's only then that plaintiff will know more bout why plaintiff was arrested for complaining about a

(2)

"gay cashier" or for trying to take a quick shower before lunch. The Prince William County Police assaulted plaintiff et is now claiming that it is plaintiff who assaulted him when all the evidence suggest plaintiff was just rest taking care of his daily needs and activities when the Prince William County Police went out of their way and tres for the second time in just 11 months when plaintiff did not commit a crime. Plaintiff had every right to complaint bout the gay cashier on religious grounds without being targeted by Wegman groceries stores and jailed because I'm not a gay man as the wegman store are trying to promote homosexual. Plaintiff is begging this court to shut down the current lawsuit against plaintiff aspect of 16-CV-636 and 16-CV-44 so that plaintiff does not have to have this many different lawsuits and bring these charges from Prince William County to an end as they risk accumulating bogus claims against plaintiff to create a large sentence that is based on complete alteration of facts to accuse plaintiff of assault he was the victim of in his own bathroom. And this after trapping plaintiff with the same law loophole just 11 months prior when plaintiff was assaulted by Prince William county police for the first time. This time is different because they managed to give misdemeanor charges to plaintiff 11 months ago and may be successful converting them into felonies when in both cases plaintiff didn't do anything wrong, was cooperative but ended up being abused by the system as its looking like this is what defendant is trying to do, sabotaging plaintiff so that plaintiff cannot meet

its obligations on cases 16-CV-636 and 16-CV-4430 to insure the process can follow it's course when just a few weeks go an in front of this Court Defendant has demonstrated it's ability to effect to manipulate USPS as well as UPS services to disrupt plaintiff RSJ responses and timing.

Plaintiff has not been able to leave freely for so long plaintiff not wait for these litigations to end but most importantly plaintiff hope is for the Southern District of NY to reopen his new charges of "Obstruction Of Justice" and "assault on police officer" to be dismissed as baseless sence no justice was obstructed an no police officer was assaulted.

Plaintiff is hoping to be compensated for the physical emotional and mental torture they have been serving plaintiff for the past years following and harassing plaintiff for no reason not trying to kill plaintiff with their Taser Gun, trying to make plaintiff "Go Crazy" so they can shoot plaintiff and claim "self Defense" as the NYPD did as described in 16-CV 4430.

Plaintiff wanted to report this new incidend along with the USPS issues and delays caused by Defendant in order to see if the court can protect Plaintiff from these Monsterous jewish acts that is aiming at enslaving the entire human race through debt and banking practices designed to to enslave the whole world and redefine freedom in a way that will put the human race on path to repression.

(3)

JUL 26 2018

GREGORY H. WOODS
U.S. DISTRICT JUDGE
S.D.N.Y.

Plaintiff is also writing this later on the hope the court will have a full understanding of the circumstance Defendant has been putting plaintiff through. Also, if plaintiff is delayed in a response please be patient as plaintiff doesn't even know what exactly the charges against him mean, much less how things will playout, and the Southern District of New York cannot intervene here and stop Defendant continuous harassement, targeting and attacks of plaintiff who is just a computer scientist who has never done anything wrong to anyone. Defendant is a monstruous sect that has killed probably millions of people like Plaintiff and is founding in 1913 in the name of white supremacy or other bankrupt and Rakivelik-inspired ideologies against people that aren't white or women an now straight people like Plaintiff who is now being harrassed because Plaintiff is straight. Defendant New World Order shaping up in front of us is really the end of the world.

Plaintiff is the second Coming of Jesus Christ of Nazareth and would own 100% of the Federal Reserve System in order to undo the damages caused by the Rothchilds and their banking mafia designed to enslave the world.

Plaintiff is the only person able to fix this situation, the middle east, north korea and the world just by making very easy and needed changes that the current regime which owns the Federal Reserve System is not willing to make as they go against their needs and is too good for the larger public in their minds. — mindset.

Gerod Ngueti

GERARD NGUEDI
1740 FEATHERSTONE RD
WOODBRIDGE VA 22191
07
PRINCE WILLIAM-MANASSAS REGIONAL
ADULT DETENTION CENTER
IN MATE # 17-02364
until DATE# 8/21/2018 no longer

USM P3
SDNY

: 7000781330 0014

HON JUDGE GREGORY H. WOODS
UNITED STATES FEDERAL COURT
FOR THE SOUTHERN DISTRICT OF
NEW YORK
500 PEARL St
NEW YORK NY 10007



RECEIVED
JUL 26 2018
GREGORY H. WOODS
U.S. DISTRICT JUDGE
S.D.N.Y.

UNITED STATES POSTAGE
PITNEY BOWES
$ 000.47⁰
0000586868   JUL 25 2018
MAILED FROM ZIP CODE 20110